

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2019

No. 04-18-00401-CR

Alberto **VERASTEGUI,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 14,031CR
Honorable Robert Cadena, Judge Presiding

# O R D E R

Appellant's motion for rehearing is due August 8, 2019. On August 6, 2019, appellant filed a motion requesting an extension of time until August 23, 2019 to file rehearing. After consideration, we **GRANT** appellant's request. The new due date for appellant's motion for rehearing is **August 23, 2019**.



_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court